122 Hawai'i 546

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Palisbo | 29133 | 04/20/2010 | Affirmed |
| Financial Partners, Ltd. v. Kyouei, LLC | 29136 | 04/27/2010 | Vacated & remanded |
| State v. Tuua | 29125 | 04/29/2010 | Affirmed |
| State v. Sua | 29500 | 04/29/2010 | Affirmed |